UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VIRGINIA SHEAFFER,**

        **Plaintiff,**

v.                                               **Case No:  6:18-cv-1221-Orl-41KRS**

**KRW ASSOCIATES, LLC,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record